UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 16-4065

_____

Filed: November 28, 2016

GERALD WAYNE PHILLIPS

    Plaintiff - Appellant

1:16cv1689 - SO

v.

LORAIN COUNTY BOARD OF ELECTIONS; THOMAS SMITH; HELEN HURST; ANTHONY B. GIARDINI; MARYILYN JACOBCIK; STATE OF OHIO; OHIO SECRETARY OF STATE; OHIO ATTORNEY GENERAL MIKE DEWINE

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/14/2016 the mandate for this case hereby issues today.   Affirmed

COSTS:  None